UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

*Motion GRANTED. Hearing reset for 6/26/15 at 2:30 p.m.*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:11-cr-00176 |
| v. | ) | Judge Aleta A. Trauger |
| | ) | |
| CALVIN D. STRANGE | ) | |

## UNOPPOSED MOTION TO RESET REVOCATION HEARING

Comes now the United States of America, by and through David Rivera, United States Attorney for the Middle District of Tennessee, and the undersigned attorney, and moves the Court to reset the revocation hearing currently scheduled for 2:00pm on June 4, 2015. Specifically, the Government respectfully requests that this hearing be rescheduled for a date convenient for the Court on or after June 23, 2015.

In support of this motion, the Government submits that the U.S. Probation Officer has advised that the next hearing in Mr. Strange's State of Tennessee criminal case – which involves the same alleged conduct that forms the basis for the alleged violation of supervision – has been postponed until June 22, 2015. The U.S. Probation Officer has also advised that Mr. Strange has reported that his state case is likely to resolve on June 22, 2015. The Government submits that the resolution of Mr. Strange's state case could help to facilitate a potential resolution of his pending supervised release proceedings.

In further support of this motion, the Government submits that David Baker, counsel for defendant Calvin D. Strange, has indicated that he does not oppose this motion.